**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Celerino CALDERON–CORONA,**
**Defendant–Appellant.**

**No. 15–40267**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 4, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Celerino Calderon–Corona, Post, TX, pro se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Celerino Calderon–Corona has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Calderon–Corona has not filed a response, has

completed the confinement portion of his sentence, and has been removed from the United States.

We do not enforce Calderon–Corona's appeal waiver in light of the magistrate judge's failure to admonish him adequately of its consequences. Nevertheless, our independent review of the relevant portions of the record and counsel's brief discloses no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5TH CIR. R. 42.2, and in part as moot, *see United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382–83 (5th Cir.2007).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.